Aliccia VOSS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 2008–7149.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2009.

Aliccia Voss, New Sharon, IA, pro se.

David F. D'Alessandris, Department of Justice, Washington, DC, for Respondent– Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Rosemary O. SLATTERY, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 2009–3095.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2009.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.